IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiff(s),

v.

RAYMOND CULLEN, Individually and as Parent and Legal Guardian of B.C., a Minor,
and
SUSAN THOMPSON,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate Deadlines in the Scheduling Order Pending the Court's Determination of Plaintiff's Motion to Bifurcate Claim and Counterclaims Pursuant to Fed. R. Civ. P. 42(b) or in the Alternative to Stay Discovery of the Counterclaims (docket no. 50) is DENIED for those reasons stated in the Responses (docket nos. 52 and 53).

Date: June 13, 2014