IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiff(s),

v.

RAYMOND CULLEN, Individually and as Parent and Legal Guardian of B.C., a Minor, and
SUSAN THOMPSON,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (Docket No. 55) is granted.  Accordingly, the Scheduling Order (Docket No. 28) is amended as follows.  The deadline to file motions to amend to add a claim for exemplary damages is now July 11, 2014.  The deadline to designate experts is now July 14, 2014.  The deadline to designate rebuttal experts is now August 4, 2014.

Date: June 25, 2014