**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

      Plaintiff,

v.

RAYMOND CULLEN, individually and as parent and legal guardian of BLAINE CULLEN, a minor, and
SUSAN THOMPSON,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on the **Defendant's Motion For Leave to Supplement Summary Judgment Briefing** [#60][2] filed July 16, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Defendant's Motion For Leave to Supplement Summary Judgment Briefing** [#60] filed July 16, 2014, is **GRANTED**; and

      2.  That **Defendant Susan Thompson's Supplement to Response to Metropolitan's Motion For Summary Judgment and Supplement to Cross-Motion For Summary Judgment** [#60-1] and Exhibit A attached thereto, are **ACCEPTED** for filing.

      Dated:  July 16, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.