IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

Plaintiff(s),

v.

RAYMOND CULLEN, Individually and as Parent and Legal Guardian of B.C., a Minor, and
SUSAN THOMPSON,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Plaintiff Metropolitan Property and Casualty Insurance Company's Motion for Relief from Order Granting Defendant Raymond Cullen's Motion for Extension of Time to Complete Discovery (docket no. 72) is DENIED.  This court found good cause to extend the deadline to complete discovery to September 10, 2014, and to extend the deadline to file dispositive motions to September 24, 2014.  See docket no. 68.  This court continues to find good cause even in light of the arguments presented in the subject motion (docket no. 72).  Plaintiff argues that this court did not provide them an opportunity to respond to such motion (docket no. 66) pursuant to D.C.COLO.LCivR 7.1(d).  However, Plaintiff fails to cite the last sentence of D.C.COLO.LCivR 7.1(d) which states, *in pertinent part*, **". . . Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."**  Furthermore, I find no prejudice to Plaintiff by such extensions of time to complete discovery or for filing of dispositive motions.  In this case, the Trial Preparation Conference and Final Pretrial Conference is not set until November 21, 2014, and the Jury Trial (5 days) is not set until December 15, 2014, before District Judge Blackburn.  Under these facts, Plaintiff has failed to demonstrate any prejudice.

Date: August 19, 2014