**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

     Plaintiff,

v.

RAYMOND CULLEN, individually and as parent and legal guardian of BLAINE CULLEN, a minor, and
SUSAN THOMPSON,

     Defendants.

## MINUTE ORDER[1]

In light of the **Notice of Settlement** [#85] filed on September 8, 2014, the motions docketed as [#32], [#33], [#37], [#75], and [#76], and the objection docketed as [#79] each are **DENIED** as moot.

     Dated:  September 22, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.