**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-03218-REB-MJW

METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

RAYMOND CULLEN, individually and as parent and legal guardian of BLAINE CULLEN, a minor, and
SUSAN THOMPSON,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#89][1] filed November 3, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#89] filed November 3, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set November 21, 2014, are **VACATED**;

---

[1] "[#89]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That the jury trial set to commence December 15, 2014, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 3, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge